UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL BATTAGLIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-00013 |
| | § | |
| GENESIS ENERGY LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff has filed a motion for protective order seeking to quash the deposition of Dr. Robert Kramer. Docket Entry No. 32. Defendant's response indicates that they now seek to take Dr. Kramer's deposition on August 14, 2013, which they say is the only date he is available prior to trial. The Court **ORDERS** that the deposition take place on August 14, 2013. Plaintiff's motion (Docket Entry No. 32) is **DENIED** as moot. The parties are also reminded of their duty to confer before filing motions as it seems this one could have been resolved by agreement based on the August 14th availability. *See* Local Rule 7.1(D).

**SIGNED** this 22nd day of July, 2013.

_____
Gregg Costa
United States District Judge

1 / 1